iv

EXHIBIT D - U.S. PATENT NO. 6,755,133