US006755133B1

(12) **United States Patent**
**Brunn et al.**

(10) **Patent No.: US 6,755,133 B1**
(45) **Date of Patent: Jun. 29, 2004**

(54) **LOW LETHALITY PROJECTILE FLIGHT SHAPE**

(76) Inventors: **Michael Brunn**, 308 Littleworth La., Sea Cliff, NY (US) 11579; **Jacob Kravel**, 3 S. Cir. Dr., Great Neck, NY (US) 11021

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 90 days.

(21) Appl. No.: **10/114,726**

(22) Filed: **Apr. 2, 2002**

**Related U.S. Application Data**

(63) Continuation of application No. 09/648,559, filed on Aug. 28, 2000, now Pat. No. 6,374,742, which is a continuation-in-part of application No. 09/434,453, filed on Nov. 5, 1999, now Pat. No. 6,202,562.

(51) **Int. Cl.**[7] .............................. **F42B 12/34**; F42B 7/02
(52) **U.S. Cl.** ........................................ **102/502**; 102/444
(58) **Field of Search** ................................ 102/395, 439, 102/444, 498, 502, 529; 244/3.3

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,710,720 A * 1/1973 Mawhinney ................ 102/444
3,952,662 A * 4/1976 Greenlees ................... 102/502
4,823,702 A * 4/1989 Woolsey ..................... 102/502
5,259,319 A * 11/1993 Dravecky et al. ........... 102/439
5,450,795 A * 9/1995 Adelman .................... 102/444
5,750,918 A * 5/1998 Mangolds et al. .......... 102/502
6,145,441 A * 11/2000 Woodall et al. ............. 102/502
6,202,562 B1 * 3/2001 Brunn et al. ................ 102/502
6,302,028 B1 * 10/2001 Guillot-Ulmann et al. .. 102/502
6,374,742 B1 * 4/2002 Brunn et al. ................ 102/502

FOREIGN PATENT DOCUMENTS

EP 103509 * 3/1984 ................. 102/502

OTHER PUBLICATIONS

Product Update: 12 Gauge BeanBag Rounds by Bill Males Apr. 10, 2000.*

* cited by examiner

*Primary Examiner*—Michael J. Carone
*Assistant Examiner*—James S. Bergin
(74) *Attorney, Agent, or Firm*—Ellis & Venable, P.C

(57) **ABSTRACT**

An anti-personnel projectile launched from a weapon shell required at impact to have a low lethality consequence, in which the projectile is fitted in the shell in a shape characterized by a blunt end in the direction of flight and maintained in this shape by oppositely directed air resistance and propelling forces to obviate a change of shape during flight that might cause a serious injury.

**11 Claims, 1 Drawing Sheet**




U.S. Patent Jun. 29, 2004 US 6,755,133 B1

42
40
38
36
32
34
FIG. 1
10
44
48
82
46
32
80
FIG. 2
72
50
62
60
58
70
56
54
68
52
64
66
FIG. 3
78
84
74
50
86
76
FIG. 3A
20
50
84
88
28
FIG. 3B
12
14
16
23
22
21
84
26
18
24
10
20
FIG. 4



# LOW LETHALITY PROJECTILE FLIGHT SHAPE

This application is a continuation of earlier filed U.S. application Ser. No. 09/648,559 filed Aug. 28, 2000, now U.S. Pat. No. 6,374,742, itself a continuation-in-part of U.S. patent application Ser. No. 09/434,453 filed Nov. 5, 1999, now U.S. Pat. No. 6,202,562.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to projectiles used primarily for low lethality antipersonnel end use, as for example for crowd control by a municipality police force, and more particularly relates to improvements for assuring that a projectile in use will have the requisite low lethality consequence upon impact, and thus avoiding unintentional severe injury to any individual.

2. Discussion of the Related Art

The need for low lethality projectiles is well known in the art, and additionally can be inferred from the promulgation by the National Institute of Justice of low lethality-qualifying standards exemplified by its standard 0101.03 tests. A known projectile which currently is a low lethality munition of choice consists of a flat bag which is folded in half to fit within a 12 gauge shotgun shell, and after exiting from the muzzle is supposed to unfold into a flat bag shape and impact in this flat bag shape upon a target. As such the kinetic energy is distributed over the area of the bag instead of at a point as in regular ammunition. As a consequence there is less of a possibility of an undesirable penetration while permitting the delivery of a desirable incapacitating impact.

The shape of the above described projectile at impact is not always predictable based solely on its construction as a bag, because the bag can be flat at impact only if it unfolds after exiting from the muzzle. However, on numerous occasions in practice it does not unfold and contacts a target with its folded together side edges and thus, with a shape that can, and often does, inflict serious injury. The inability to predict the projectile shape that will contact the target is believed to occur when several shapes are involved such as, in the case of the above described projectile, i.e., a first shape to accommodate the size dimensions to facilitate being loaded into the 12 gauge shotgun shell, and a second shape to achieve a low to lethality consequence upon impact.

Logic dictates that the need to change shapes during flight is a happenstance that perhaps most often will occur but which might not occur on occasion due to the shape-change complication.

## SUMMARY OF THE INVENTION

Broadly, it is an object of the present invention to provide a low lethality anti-personnel projectile overcoming the foregoing and other shortcomings of the prior art.

More particularly, it is an object to impose a low lethality contacting surface of the projectile at impact.

The description of the invention which follows, together with the accompanying drawings should not be construed as limiting the invention to the example shown and described, because those skilled in the art to which this invention appertains will be able to devise other forms thereof within the ambit of the appended claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a perspective view of a projectile in accordance with the present invention in a work-in-process condition;

FIG. **2** is an elevational view of the constructed projectile preparatory to being loaded into a weapon shell;

FIG. **3** is a longitudinal cross sectional view of an empty weapon shell;

FIGS. **3**A & **3**B are similarly longitudinal cross sectional views, but showing, in sequence, the loading of the projectile of FIG. **2** into the weapon shell of FIG. **3**; and

FIG. **4** is an elevational view showing, in full line, the shape of the projectile at impact, and in phantom perspective, the shape of the projectile in flight.

## DESCRIPTION OF AN EMBODIMENT

By way of one example of many to serve as background in understanding the present invention, in police management of an unruly crowd, even kept at bay by a barricade, it often escalates to a confrontation between the police and an individual crossing the barricade, which necessitates management of the individual. It is police standard operating procedure to limit force in such a confrontation commensurate to the danger posed. A first and lowest level of force dictated by the circumstances would be to strike the individual, typically at eight to twenty yards, with a low lethality munition, i.e., a munition that does not kill or seriously maim the individual. If, however, continuing with the example, the individual withdraws a concealed weapon, the use of a lethal munition would be dictated.

To qualify a munition as being of low lethality, and as best understood from FIG. **4**, the projectile **10** is subjected to testing similar to the standard 0101.03 tests used by the National Institute of Justice, which 0101.03 tests to determine the effectiveness of, for example, a "bulletproof vest measures the depth of deformation of a projectile in a known specific type of viscous clay. Thus, in the testing of projectile **10**, there is applied on a target **12**, a selected thickness of said known viscosity of clay **14** and it is required that in the typical range of confrontation that a projectile fired from a weapon (not shown) not penetrate the clay **14** beyond a specified depth **16**, which currently is 40 mm.

Underlying the present invention is the recognition that projectile **10**, although having physical attributes that might disqualify it as low lethality, can be shaped preparatory to being fired along a path of flight **18** to the target **12** with a blunt or flat end **20** and, most important, that this optimum shaped end **20** is effectively maintained during flight **18** by air resistant forces **22** exerted against the front or blunt end **20** of the projectile **10** and the opposite direction flight-propelling forces **24** exerted against the rear end **26** of the projectile **10**. Stated somewhat differently, the opposing forces **22** and **24** maintain an interposed cylindrical shape **28** in the body of the projectile **10**, and this shape **28** is characterized by the noted blunt end **20** and, as a result, does not impact upon the target **12** with a lethal consequence.

In practice in fact, the opposite directional forces **22** and **24** cause the projectile blunt end **20** to undergo a progressive expanse during flight, as noted at **21**, and at impact, as noted at **23**.

To achieve low lethality utility, projectile **10** is constructed using a tubular sock-like body of stretchable fabric construction material **32** having a closed front end **34** and a rear edge **36** bounding an opening **38** into a body compartment **40**. In a work-in-process condition, as illustrated in FIG. **1**, a deformable mass (e.g. metal shot, rubber pellets, gel packet(s), etc.), individually and collectively designated **42**, is inserted through the opening **38** to partially fill the compartment **40**, particularly in the area of the closed end **34**. As best shown in FIG. **2**, the construction of the

projectile **10** is completed by a tie or the like, as at **44**, which delineates the deformable mass-filled body **46** from a length portion or tail **48** of the fabric construction material **32**.

To launch or propel the constructed projectile of FIG. **2**, use is made of an empty weapon shell, which in FIG. **3** is selected for illustration to be a 12-gauge weapon shell but which also could be a 40 mm, or a 37 mm weapon shell. The weapon used for the 37 mm shell is in the parlance of munitions a so-called riot or gas gun used by and for law enforcement, and the weapon used for the 40 mm shell, again in the parlance of munitions, is a so-called grenade launcher used by the military. The 37 mm, 40 mm, and 12-gauge weapons and associated shells are hereafter referred to by the designation weapon shell(s).

Each shell is generally designated **50**, and the FIG. **3** illustration thereof having a cylindrical wall **52** bounding a compartment **54**. Wall **52** has a front edge **56** bounding an opening **58** into the compartment **54** and a rear wall **60** serving as a closure for the compartment. Prior to loading the projectile **10** through the front opening **58** and into the compartment **54**, there is positioned in the rear of casing **50** a plastic cap **64** which holds propellant **66** in combustible relation to a primer **68**. In munitions parlance, the plastic cap **64** is generally known as a "wad," "pressure wad," or "gas wad," and functions like a piston, pushing the projectile out of the shell and down the barrel while containing the gasses behind it as well as protecting the projectile **10** against the heat of explosion.

For completeness' sake, it is noted that although the dimensions of the 37 mm weapon shell are well known, that these dimensions as related to the loading of the projectile **10** within the compartment **54** are a compartment length **72** of 3.5 inches with the propellant **66** in place and a diameter **74** of approximately 1.5 inches, and that the 40 mm weapon shell similarly has a compartment length of 3.5 inches, not including the propellant **66**, and a slightly larger diameter. It is noted that in practice best results are achieved with a constructed projectile **10** having a length **76** from its closed end **34** to the applied tie of approximately 4 inches and, flattened by slight finger pressure, a maximum width **78** of approximately 2 inches. The tail **48** is cut to length **80** but preferably should not exceed 4 inches.

The dimensions of the 12-gauge shell are also well known. These dimensions are related to the loading of the projectile **10** within the compartment **54** and are a compartment length **72** of 2¹⁄₁₆ths inches and a diameter **74** of ⅜ths of an inch. It is noted that best results have been observed with a constructed projectile **10** having a length **76** from its closed end **34** to the applied tie of approximately 1¾ inches and, flattened by slight finger pressure, a maximum width **78** of approximately 1 inch. The tail **48** is cut to length **80** but preferably should not exceed 2½ inches.

The bulk of the FIG. **2** constructed projectile **10** is then manually stuffed through the front opening **58** into the compartment **54** which, not only of course properly positions the projectile **10** for firing, but also reshapes the projectile **10** so it can qualify for low lethality end use. Without this reshaping, the curvature shape **82** of the projectile front end **34** would penetrate the field-testing clay **14** beyond the depth **16**, and thus disqualify the projectile **10** as a low lethality munition.

In the preferred loading sequence of the projectile **10** into the shell compartment **54**, the tail **48** is folded into a resulting bulk, as at **84**, and in this folded configuration is urged in movement **86** into the compartment **54**, as illustrated in FIG. **3**A. Continuing to apply the force **86**, the deformable mass-filled projectile front **34** is worked fully into the compartment **54**, as illustrated in FIG. **3**B, aided by rotational twists of the projectile front end **34** in addition to the longitudinally directed force **86**.

Alternatively, the projectile **10** can be inserted through a funnel (not shown); preferably tail first, and will assume a folded configuration as a result of being compressed between the deformable mass-filled body **32** and the rear confines of the shell **50**. After either loading sequence, the shell front end opening **58** in then closed in a well known fashion by an appropriate closure **88** appropriately seated and held in place in the end opening **58**.

The propellant **66** is then ignited, in a well understood manner, by the primer **68** which, also in a well understood manner, causes the projectile **10** in the shape illustrated in FIG. **3**B and is characterized by a blunt-shaped front end **20**, reshaped thereinto from a curvature shape **82**, to be launched along a path of movement **18** for eventual impact against the target **12** wherein the forces **22** and **24** maintain the blunt shape of the front end **34** during flight movement **18** and, consequently also at impact.

It should be noted that force **24** exists as an applied influence on the shaping of the projectile **10** during flight as a result of the reaction to the decelerating force **22**, but not as part of the force causing the projectile **10** to be accelerated down the barrel of the launching weapon which, as generally understood, is a force of the expanding gas phenomenon of the ignited primer **68**, since said expanding gas force ceases when the projectile **10** exits from the weapon barrel.

It is further to be noted that the projectile **10** requires ballast which as hereinbefore noted preferably is to consist of the deformable mass **42** which in practice provides a desired volume, a weight not exceeding 60 grams in the size fabric body **32** noted and is particulate in nature. However, it is to be understood that deformable masses **42** and particulate ballast pellets of materials other than rubber can be used and provide similar projectile weight and volume to achieve a low lethality consequence.

While the apparatus for practicing the within inventive method, as well as said method herein shown and disclosed in detail is fully capable of attaining the objects and providing the advantages hereinbefore stated, it is to be understood that it is merely illustrative of the presently preferred embodiment of the invention and that no limitations are intended to the detail of construction or design herein shown other than as defined in the appended claims.

Although the invention has been described in detail with reference to one or more particular preferred embodiments, persons possessing ordinary skill in the art to which this invention pertains will appreciate that various modifications and enhancements may be made without departing from the spirit and scope of the claims that follow.

What is claimed is:

**1**. A low-lethality projectile that exhibits a low-lethality flight shape after the projectile is propelled out of a weapon shell, the projectile comprising a pliable tubular body having a closed front end and a rear edge bounding an opening into a body compartment into which an amount of lead shot is inserted prior to closure of the body compartment, the low-lethality flight shape comprising:

a blunt projectile front end portion augmented by substantially parallel opposing forces of air resistance and opposite post ignition propelling force; and

a tail portion that is narrow relative to the blunt projectile front end portion and substantially cylindrically shaped.

**2**. The low-lethality projectile fight shape in claim **1** wherein,

the blunt projectile front end portion comprises the closed front end.

**3**. The low-lethality projectile fight shape in claim **1** wherein,

the tail end portion comprises at least the rear edge of the projectile.

**4**. The low-lethality projectile fight shape in claim **1** wherein,

a constriction of the liable tubular body closes the body compartment and delineates the blunt projectile front end portion from the tail portion.

**5**. The low-lethality projectile fight shape in claim **4** wherein,

the constriction is formed by a tie around the pliable tubular body.

**6**. The low-lethality projectile fight shape in claim **1** wherein,

the weapon shell is a 12-gauge shell.

**7**. A low-lethality projectile that exhibits a low-lethality flight shape after the projectile is propelled out of a weapon shell, the projectile comprising a pliable tubular body having a closed front end and a rear edge bounding an opening into a body compartment into which an amount of lead shot is inserted prior to closure of the body compartment, the low-lethality flight shape comprising:

a blunt projectile front end portion maintained by substantially parallel opposing forces of air resistance and opposite post ignition propelling force; and

a tail portion that is narrow relative to the blunt projectile front end portion and substantially cylindrically shaped.

**8**. The low-lethality projectile fight shape in claim **7** wherein,

the blunt projectile front end portion comprises the closed front end.

**9**. The low-lethality projectile fight shape in claim **7** wherein,

the tail end portion comprises at least the rear edge of the projectile.

**10**. The low-lethality projectile fight shape in claim **7** wherein,

a constriction of the pliable tubular body closes the body compartment and delineates the blunt projectile front end portion from the tail portion.

**11**. The low-lethality projectile fight shape in claim **10** wherein,

the constriction is formed by a tie around the pliable tubular body.

* * * * *