EXHIBIT E - THE '133 CLAIM INTERPRETATION