## TABLE 1

| Claim 1 of '133 Patent | '133 Patent Specification | Proposed Claim Interpretation |
|---|---|---|
| A low-lethality projectile that exhibits a low-lethality flight shape after the projectile is propelled out of a weapon shell, the projectile comprising a pliable tubular body having a closed front end and a rear edge bounding an opening into a body compartment into which an amount of lead shot is inserted prior to closure of the body compartment, the low-lethality flight shape comprising: | Non-limiting reference: "Underlying the present invention is the recognition that projectile 10, ... optimum shaped end 20 is effectively maintained during flight ...." [Col. 2, lines 40-53.] | The preamble language summarizes that the claim body recites limitations on the flight shape of a non-rigid structure having a tubular shape and a cavity of unspecific dimensions with an amount of lead shot therein. The transition to the claim body is "open" and allows the inclusion of additional features not expressly recited. |
| a blunt projectile front end portion augmented by substantially parallel opposing forces of air resistance and opposite post ignition propelling force; and | Non-limiting reference: "[T]he opposite directional forces 22 and 24 cause the projectile blunt end 20 to undergo a progressive expanse during flight, as noted at 21, and at impact, as noted at 23." [Col.2, lines 54-57.] | The first ballistic feature of the non-rigid lead-shot structure is a flattened (i.e. blunt) front end portion. |
| a tail portion that is narrow relative to the blunt projectile front end portion and substantially cylindrically shaped. | Non-limiting reference: "[T]he opposing forces 22 and 24 maintain an interposed cylindrical shape 28 in the body of the projectile 10, and this shape 28 is characterized by the noted blunt end 20 and, as a result, does not impact upon the target 12 with a lethal consequence." [Col. 2, lines 47 - 53.] | The second ballistic feature of the non-rigid lead-shot structure is a substantially cylindrically shaped tail portion with an unspecific dimension, but which has a smaller cross-sectional dimension than the flattened (i.e. blunt) front portion. |

## TABLE 2

| Claim 2 of '133 Patent | '133 Patent Specification | Proposed Claim Interpretation |
|---|---|---|
| The low-lethality projectile fight shape in claim 1 wherein, | | Dependant reference to claim 1 incorporates all the limitations of claim 1. |
| the blunt projectile front end portion comprises the closed front end. | Non-limiting reference: "To achieve low lethality utility, projectile 10 is constructed using a tubular sock-like body of stretchable fabric construction material 32 having a closed front end 34 and a rear edge 36 bounding an opening 38 into a body compartment 40." [Col. 2, lines 58 - 62.] | Conveys the orientation of the projectile and further describes the first ballistic feature. Particularly, the flattened (i.e. blunt) front-end portion is the closed front end of the pliable tubular body. |

## TABLE 3

| Claim 3 of '133 Patent | '133 Patent Specification | Proposed Claim Interpretation |
|---|---|---|
| The low-lethality projectile fight shape in claim 1 wherein, | | Dependant reference to claim 1 incorporates all the limitations of claim 1. |
| the tail end portion comprises at least the rear edge of the projectile | Non-limiting reference: "As best shown in FIG. 2, the construction of the projectile 10 is completed by a tie or the like, as at 44, which delineates the deformable mass-filled body 46 from a length portion or tail 48 of the fabric construction material 32" [Col. 3, line 67 - Col., line 3.] | The claim body conveys that the trailing portion of the projectile includes the rear edge. |

## TABLE 4

| Claim 4 of '133 Patent | '133 Patent Specification | Proposed Claim Interpretation |
| --- | --- | --- |
| The low-lethality projectile fight shape in claim 1 wherein, | | Dependant reference to claim 1 incorporates all the limitations of claim 1. |
| a constriction of the pliable tubular body closes the body compartment and delineates the blunt projectile front end portion from the tail portion. | Non-limiting reference: "As best shown in FIG. 2, the construction of the projectile 10 is completed by a tie or the like, as at 44, which delineates the deformable mass-filled body 46 from a length portion or tail 48 of the fabric construction material 32" [Col. 3, line 67 - Col., line 3.] | The projectile is constructed of a non-rigid material and the shot-filled cavity is distinguished from the remaining portion by a synching the tubular non-rigid material. |

## TABLE 5

| Claim 5 of '133 Patent | '133 Patent Specification | Proposed Claim Interpretation |
| --- | --- | --- |
| The low-lethality projectile fight shape in claim 4 wherein, | | Dependant reference to claim 4 incorporates all the limitations of claim 4. |
| the constriction is formed by a tie around the pliable tubular body. | Non-limiting reference: "As best shown in FIG. 2, the construction of the projectile 10 is completed by a tie or the like, as at 44, which delineates the deformable mass-filled body 46 from a length portion or tail 48 of the fabric construction material 32" [Col. 3, line 67 - Col., line 3.] | The synching of the tubular non-rigid material is accomplished with an unspecific type of material that is tightened and secured around the singular piece of non-rigid material. |

## TABLE 6

| Claim 6 of '133 Patent | '133 Patent Specification | Proposed Claim Interpretation |
| --- | --- | --- |
| The low-lethality projectile fight shape in claim 1 wherein, | | Dependant reference to claim 1 incorporates all the limitations of claim 1. |
| the weapon shell is a 12-gauge shell. | | The projectile is fired from a 12-gauge shell. |

**TABLE 7**

| Claim 7 of '133 Patent | '133 Patent Specification | Proposed Claim Interpretation |
|---|---|---|
| A low-lethality projectile that exhibits a low-lethality flight shape after the projectile is propelled out of a weapon shell, the projectile comprising a pliable tubular body having a closed front end and a rear edge bounding an opening into a body compartment into which an amount of lead shot is inserted prior to closure of the body compartment, the low-lethality flight shape comprising: | Non-limiting reference: "Underlying the present invention is the recognition that projectile 10, … optimum shaped end 20 is effectively maintained during flight …." [Col. 2, lines 40-53.] | The preamble language summarizes that the claim body recites limitations on the flight shape of a non-rigid structure having a tubular shape and a cavity of unspecific dimensions with an amount of lead shot therein. The transition to the claim body is "open" and allows the inclusion of additional features not expressly recited. |
| a blunt projectile front end portion maintained by substantially parallel opposing forces of air resistance and opposite post ignition propelling force; and | Non-limiting reference: "[T]he opposite directional forces 22 and 24 cause the projectile blunt end 20 to undergo a progressive expanse during flight, as noted at 21, and at impact, as noted at 23." [Col.2, lines 54-57.] | The first ballistic feature, the non-sharp front end portion, of the non-rigid lead-shot structure is a maintained. |
| a tail portion that is narrow relative to the blunt projectile front end portion and substantially cylindrically shaped. | Non-limiting reference: "[T]he the opposing forces 22 and 24 maintain an interposed cylindrical shape 28 in the body of the projectile 10, and this shape 28 is characterized by the noted blunt end 20 and, as a result, does not impact upon the target 12 with a lethal consequence." [Col. 2, lines 47 - 53.] | The second ballistic feature of the non-rigid lead-shot structure is a substantially cylindrically shaped tail portion with an unspecific dimension, but which has a smaller cross-sectional dimension than the flattened (i.e. blunt) front portion. |

## TABLE 8

| Claim 8 of '133 Patent | '133 Patent Specification | Proposed Claim Interpretation |
|---|---|---|
| The low-lethality projectile fight shape in claim 7 wherein, | | Dependant reference to claim 1 incorporates all the limitations of claim 7. |
| the blunt projectile front end portion comprises the closed front end. | Non-limiting reference: "To achieve low lethality utility, projectile 10 is constructed using a tubular sock-like body of stretchable fabric construction material 32 having a closed front end 34 and a rear edge 36 bounding an opening 38 into a body compartment 40." [Col. 2, lines 58 - 62.] | Conveys the orientation of the projectile and further describes the first ballistic feature. Particularly, the flattened (i.e. blunt) front end portion is the closed front end of the pliable tubular body. |

## TABLE 9

| Claim 9 of '133 Patent | '133 Patent Specification | Proposed Claim Interpretation |
|---|---|---|
| The low-lethality projectile fight shape in claim 7 wherein, | | Dependant reference to claim 7 incorporates all the limitations of claim 7. |
| the tail end portion comprises at least the rear edge of the projectile | Non-limiting reference: "As best shown in FIG. 2, the construction of the projectile 10 is completed by a tie or the like, as at 44, which delineates the deformable mass-filled body 46 from a length portion or tail 48 of the fabric construction material 32" [Col. 3, line 67 - Col., line 3.] | The claim body conveys that the trailing portion of the projectile includes the rear edge. |

**TABLE 10**

| Claim 10 of '133 Patent | '133 Patent Specification | Proposed Claim Interpretation |
| --- | --- | --- |
| The low-lethality projectile fight shape in claim 7 wherein, | | Dependant reference to claim 7 incorporates all the limitations of claim 7. |
| a constriction of the pliable tubular body closes the body compartment and delineates the blunt projectile front end portion from the tail portion. | Non-limiting reference: "As best shown in FIG. 2, the construction of the projectile 10 is completed by a tie or the like, as at 44, which delineates the deformable mass-filled body 46 from a length portion or tail 48 of the fabric construction material 32" [Col. 3, line 67 - Col., line 3.] | The projectile is constructed of a non-rigid material and the shot-filled cavity is distinguished from the remaining portion by a synching the tubular non-rigid material. |

**TABLE 11**

| Claim 11 of '133 Patent | '133 Patent Specification | Proposed Claim Interpretation |
| --- | --- | --- |
| The low-lethality projectile fight shape in claim 10 wherein, | | Dependant reference to claim 10 incorporates all the limitations of claim 10. |
| the constriction is formed by a tie around the pliable tubular body. | Non-limiting reference: "As best shown in FIG. 2, the construction of the projectile 10 is completed by a tie or the like, as at 44, which delineates the deformable mass-filled body 46 from a length portion or tail 48 of the fabric construction material 32" [Col. 3, line 67 - Col., line 3.] | The synching of the tubular non-rigid material is accomplished with an unspecific type of material that is tightened and secured around the singular piece of non-rigid material. |