**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

COMBINED TACTICAL SYSTEMS, INC.,
Plaintiffs,

04 **CIVIL** 8924 (MGC)

-against-

**JUDGMENT**

DEFENSE TECHNOLOGY CORPORATION OF AMERICA, and FEDERAL LABORATORIES, INC.,
Defendants.

----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/10

The parties having jointly moved for summary judgment of invalidity under 35 U.S.C. §102; and the parties having further moved and stipulated that Plaintiff's infringement claims and Defendants' counterclaims of noninfringement, unenforceability and invalidity under 35 U.S.C. §112 be dismissed without prejudice, and the matter having come before the Honorable Miriam Goldman Cedarbaum, United States District Judge, and the Court, on January 13, 2010, having rendered its Memo Endorsed Order granting the motion, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated January 13, 2010, the motion is granted; accordingly, the case is closed.

**Dated:** New York, New York
January 20, 2010

S/
**U.S.D.J.**

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON ________